JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Elisabeth Frisch**, | Case No. SACV 16-01583 AG (AGRx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Paychex, Inc.**, | |
| Defendant. | |

The Court enters judgment for Defendant and against Plaintiff.

Dated October 13, 2017

Hon. Andrew J. Guilford
United States District Judge